1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL VISHAL,<br><br>            Petitioners,<br><br>      v.<br><br>WARDEN, et al.<br><br>            Respondents. | Case No: 5:26-cv-00269-MWF-DFM<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

**TEMPORARY RESTRAINING ORDER**

On February 3, 2026, the Court **GRANTED** Petitioner's Ex Parte Application for a Temporary Restraining Order (Docket No. 8).

Pursuant to Federal Rule of Civil Procedure 65, the Court **ORDERS** as follows:

1. Respondents are **ENJOINED** from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of this Order; and

2. Respondents shall **SHOW CAUSE**, in writing, by February 11, 2026, as to why the Court should not issue a preliminary injunction in this case. Petitioner may file a response by February 13, 2026. The Court **SETS** a hearing on whether a preliminary injunction should issue on February 23, 2026, at 11:30 a.m.

**IT IS SO ORDERED.**

Dated: February 3, 2026

_____
MICHAEL W. FITZGERALD
United States District Court Judge